# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Mag. No. 20-8481 |
| FRANK VALVANO, JR. | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Jeffrey J. Manis and Elaine K. Lou, Assistant United States Attorneys), and defendant Frank Valvano, Jr. (by John J. O'Reilly, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including September 30, 2021, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to enter a plea agreement; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date on which he was served with the summons pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to the continuance; and three prior continuances having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defendant has requested reasonable time for effective preparation in this matter;

(2) Both the United States and the defendant seek additional time to conduct plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(3) The defendant has consented to the aforementioned continuance;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this __23__ day of July, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including September 30, 2021; and it is further

ORDERED that the period from the date this Order is signed through and including September 30, 2021, shall be excludable in computing time under the Speedy Trial Act of 1974.

s/Mark Falk
_____
HONORABLE MARK FALK
United States Magistrate Judge

Form and entry consented to:

_____
Jeffrey J. Manis
Elaine K. Lou
Assistant U.S. Attorneys

_____
John J. O'Reilly, Esq.
Counsel for Defendant Frank Valvano, Jr.

2